AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| United States of America | ) | **Case: 1:22-mj-00034** |
| v. | ) | **Assigned to: Judge Faruqui, Zia M.** |
| Athanasios Zoyganeles | ) | **Assign Date: 2/18/2022** |
| | ) | **Description: COMPLAINT W/ ARREST WARRANT** |
| | ) | |
| | ) | |

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                         Athanasios Zoyganeles                         ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☒ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Zia M. Faruqui
2022.02.18 15:28:57
-05'00'

Date:      02/18/2022

*Issuing officer's signature*

City and state:               Washington, D.C.                    Zia M. Faruqui, Magistrate Judge

*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* 2-18-2022, and the person was arrested on *(date)* 2-22-2022 at *(city and state)* Chicago, IL. <br><br> Date: 2-22-2022 <br><br> *Arresting officer's signature* <br><br> Alex Dehr   FBI Special Agent <br> *Printed name and title* |

Scanned with CamScanner