UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 22-MJ-34 |
| | : | |
| **ATHANASIOS ZOYGANELES,** | : | |
| | : | |
| Defendant. | : | |

### NOTICE OF APPEARANCE

The United States of America, by and through its undersigned counsel, the United States Attorney for the District of Columbia and Attorney, Detailee Maria Y. Fedor, hereby informs the Court that she is entering her appearance in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   /s/ *Maria Y. Fedor*
MARIA Y. FEDOR
Attorney, Detailed to the
United States Attorney's Office
for the District of Columbia
DC Bar No. 985823
555 Fourth Street, N.W.
Washington, DC 20530
Maria.Fedor@usdoj.gov
(202) 353-7366

**CERTIFICATE OF SERVICE**

On this 3rd day of March 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ *Maria Y. Fedor*
MARIA Y. FEDOR
Attorney, Detailed to the
United States Attorney's Office
for the District of Columbia
DC Bar No. 985823
555 Fourth Street, N.W.
Washington, DC 20530
Maria.Fedor@usdoj.gov
(202) 353-7366