IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Case No. 22-cr-00149-JEB |
| | : | |
| **ATHANASIOS ZOYGANELES,** | : | |
| Defendant. | : | |

## **ORDER**

Upon consideration of the Defendant's Motion for Authorization of International Travel, it is this _____ day of May, 2022, hereby

**ORDERED**, the Motion is granted.

1. Defendant Athanasios Zoyganeles may travel to/from the United States to/from the Country of Greece.

2. Defendant Athanasios Zoyganeles shall provide his specific (airline) itinerary to his counsel and to the U.S. Pre-Trial Services Agency.

3. While defendant Athanasios Zoyganeles is in the country of Greece he shall maintain contact (twice weekly by e-mail) with his counsel and with the U.S. Pre-Trial Services Agency.

**4.** Upon his return to the United States, defendant Zoyganeles will, within 48 hours, surrender his U.S. Passport to the Clerk's Office at the United States District Court for the Northern District of Illinois/Chicago, or to

_____..

1

1

**SO ORDERED** this _____ day of May, 2022.

_____
**James E. Boasberg**
**U.S. District Judge**

Copies To:

1. All case registered parties
2. U.S. Pre-Trial Services Agency