# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | Case No. 22-cr-00149-JEB |
| : | |
| **ATHANASIOS ZOYGANELES,** : | |
| **Defendant.** : | |

## ORDER

Upon consideration of the Defendant's Motion to withdraw his guilty plea, the government's repsonse thereto, and for good cause demonstrated, it is this _____ day of _____, 2022, hereby

**ORDERED**, the Motion is granted.

The defendant, Athanasios Zoyganeles, guilty plea is withdrawn and this matter will be scheduled for a status hearing by the Clerk of Court.

_____
James E. Boasberg
U.S. District Judge

Copies To:

1. All case registered parties

1
1