UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ATHANASIOS ZOYGANELES,<br><br>Defendant. | Criminal Action No. 22-149 (JEB) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Defendant's Motion to Withdraw Plea is DENIED WITHOUT PREJUDICE; and

2. The parties shall contact the Courtroom Deputy to set a new sentencing date.

s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: October 7, 2022

1