UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:22-CR-00149-JEB-1 |
| | : | |
| ATHANASIOS ZOYGANELES | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the undersigned Trial Attorney, Thomas Campbell, hereby informs the Court that he is entering his appearance in this matter on behalf of the United States. Assistant United States Attorney Maria Fedor no longer represents the United States in this matter.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  /s/ *Thomas Campbell*
Thomas D. Campbell
Trial Attorney
Massachusetts Bar No. 703271
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Ave. NW
Washington, DC 20005
Tel: (202) 262-7778
Email: thomas.campbell@usdoj.gov

Dated: December 15, 2022