IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Case No. 22-cr-00149-JEB |
| | : | |
| **ATHANASIOS ZOYGANELES,** | : | |
| Defendant. | : | |

### NOTICE OF THE FILING OF DEFENDANT'S
### WAIVER OF IN-COURT PRESENCE

COMES NOW, Allen H. Orenberg, counsel for Athanasios Zoyganeles, to respectfully file this Notice of the Filing of Defendant's Waiver of In-Court Presence.

Said Waiver is attached as an Exhibit to this Notice.

Respectfully Submitted,

_____
Allen H. Orenberg, # 395519
The Orenberg Law Firm, P.C.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Tel. No. 301-984-8005
Cell Phone No. 301-807-3847
Fax No. 301-984-8008
aorenberg@orenberglaw.com

Dated: January 14, 2023

1