IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | Case No. 22-cr-00149-JEB |
| : | |
| ATHANASIOS ZOYGANELES, : | |
| : | |
| Defendant. : | |

## MOTION TO CONTINUE SENTENCING HEARING

COMES NOW Attorney Allen H. Orenberg, counsel for the defendant, Athanasios Zoyganeles, to respectfully move this Honorable Court for the entry of an Order continuing the sentencing hearing to a date convenient to the Court and to the parties. As grounds, the following is stated by undersigned counsel:

1. A sentencing hearing is scheduled for January 26, 2023, at 11:00 a.m.

2. On January 24, 2023, undersigned counsel file a motion for leave to withdraw as counsel. (Doc. 39).

3. Until such time as the motion for leave to withdraw as counsel is resolved, this Court should not conduct the schedule January 26th sentencing hearing.

4. Counsel submits that granting this motion will not prejudice the parties or the Court, and/or otherwise will be in the interests of justice.

WHEREFORE, foregoing reasons, and for such other reasons that may appear just and proper, undersigned counsel respectfully requests moves this Honorable Court for the entry of an Order continuing the sentencing hearing to a

date convenient to the Court and to the parties.

                                       Respectfully Submitted,

                                       _____
                                       Allen H. Orenberg, # 395519
                                       The Orenberg Law Firm, P.C.
                                       12505 Park Potomac Avenue, 6th Floor
                                       Potomac, Maryland 20854
                                       Tel. No. 301-984-8005
                                       Cell Phone No. 301-807-3847
                                       Fax No. 301-984-8008
                                       aorenberg@orenberglaw.com

Dated: January 24, 2023