UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.     )<br>)<br>ATHANASIOS ZOYGANELES  )<br>_____ ) | CASE NO. 1:22-cr-00149 (JEB) |

NOTICE OF APPEARANCE

Please note the appearance of undersigned counsel for the defendant, Athanasios Zoyganeles, pursuant to the Court's appointment under the Criminal Justice Act (CJA).

Respectfully Submitted,

/s/ *Peter A. Cooper*
_____
Peter A. Cooper, (#478-082)
400 Fifth Street, NW.
Suite 350
Washington DC 20001
pcooper@petercooperlaw.com
Counsel for Athanasios Zoyganeles

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Appearance is being filed via the Electronic Court Filing System (ECF), causing a copy to be served upon government counsel of record, this 9th day of March, 2023.

/s/ *Peter A. Cooper*
_____
Peter A. Cooper