# SUPERIOR COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 1-22-cr-149 (JEB) |
| | : | |
| ATHANASIOS ZOYGANELES | : | |
| | : | |
| _____ | : | |

## **CONSENT MOTION TO CONTINUE STATUS HEARING**

Athanasios Zoyganeles, through undersigned counsel, hereby moves this Court to continue the scheduled status hearing in the above-captioned proceeding. In support of this motion, Mr Zoyganeles states as follows:

1. Mr Zoyganeles is before the Court pending sentencing following a guilty plea to count 4 of the Information: Demonstrating or Picketing in a Capitol Building in violation of 40 U.S.C. § 5104 (e)(2)(G). A status hearing is currently set for Wednesday 12 April 2023.

2. Mr Zoyganeles entered his guilty plea on 1 July 2022. Sentencing was originally set for 30 September 2022. On 3 August 2022, Mr Zoyganeles filed a motion to withdraw his guilty plea (ECF 23); the sentencing date was vacated. On 7 October 2022, the Court denied Mr Zoyganeles' motion. Sentencing was set for 26 January, 2023.

3. On 24 January 2023, then counsel for Mr Zoyganeles[1] filed a Motion to Withdraw and a Motion to Continue Sentencing. Both were granted. Undersigned counsel was subsequently appointed 9 March 2023.

4. The Court's order denying Mr Zoyganeles' Motion to Withdraw his guilty plea was without prejudice, but based essentially on Mr Zoyganeles' lack of specificity of the issues

---

[1] Allen Orenberg

supporting that request. Undersigned counsel recognizes the need to fully explore the matters of concern to Mr Zoyganeles, however, recent trial schedule has precluded the appropriate research/investigation to fully brief this matter to the Court. An extension of time is necessary to fully address the outstanding concerns.

5. Counsel has conferred with the government on this request. The government consents. The parties envisage a 45-60 day period appropriate to resolve the outstanding issues here and be in a position to move forward.

WHEREFORE, for the above reasons, the parties respectfully request that this Court grant this Consent Motion to Continue Status Hearing in the above-captioned proceeding.

Respectfully Submitted,

/s/ *Peter A. Cooper*
_____
Peter A. Cooper, (#478-082)
400 Fifth Street, NW.
Suite 350
Washington DC 20001
pcooper@petercooperlaw.com
Counsel for Athanasios Zoyganeles

## **CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that a copy of the foregoing Consent Motion to Continue Status Hearing is being filed via the Electronic Court Filing System (ECF), causing a copy to be served upon government counsel of record, this 11th day of April, 2023.

                 /s/ *Peter A. Cooper*
                 _____
                 Peter A. Cooper