**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **CR NO. 22-CR-00149 (JEB)** |
| **ATHANASIOS ZOYGANELES,** | |
| **Defendant.** | |

**NOTICE OF DISASSOCIATION OF COUNSEL**

NOTICE is hereby given that Assistant United States Attorney Raymond Woo is

withdrawing his appearance for the United States, all other counsel for the United States remains

the same.

                         Respectfully submitted,

                         MATTHEW M. GRAVES
                         UNITED STATES ATTORNEY
                         D.C. Bar No. 481052

Date: June 27, 2023          By:  */s/ Raymond K. Woo*
                             Raymond K. Woo
                             Assistant United States Attorney
                             AZ Bar No. 023050
                             United States Attorney's Office
                             601 D Street, N.W.
                             Washington, D.C.  20530
                             Telephone: (602) 514-7736
                             Email: raymond.woo@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

On this 27th day of June, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.


Date: June 27, 2023                          By:   */s/ Raymond K. Woo*
                                                    Raymond K. Woo
                                                    Assistant United States Attorney
                                                    AZ Bar No. 023050
                                                    United States Attorney's Office
                                                    601 D Street, N.W.
                                                    Washington, D.C.  20530
                                                    Telephone: (602) 514-7736
                                                    Email: raymond.woo@usdoj.gov